**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF ARKANSAS**
**WESTERN DIVISION**

**JHAKOBY JENNINGS**                                                                                      **PLAINTIFF**

**VS.**                                               **4:16-CV-00180-BRW**

**RELIABLE LIFE INSURANCE COMPANY**                                         **DEFENDANT**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1]

Plaintiff's complaint, in its entirety, reads:

> I have been paying my insurance and this woman Miss Terry been taking care of herself with my money. And I am filing against Reliable Life Insurance Company.[2]

Because Plaintiff's complaint is nonsensical and fails to state a cause of action against Defendant for which relief may be granted, this case is DISMISSED. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 5th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] Doc. No. 2.

1